[No. 28879-2-I.   Division One.   August 23, 1993.]

AMERICAN DISCOUNT CORPORATION, *Plaintiff*, v. BAKERY EQUIPMENT, INC., ET AL, *Defendants*.

HI-QUALITY HOUSE OF PIES, INC., ET AL, *Respondents*, v. SUZANNE ZIMMAR, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-21972-1, John M. Darrah, J., entered July 15, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Sweeney, J.

[Nos. 27735-9-I; 27736-7-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LILIAN TATE CHISM, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 88-1-06265-6, 88-1-03562-2, Carmen Otero, J., entered January 24, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Baker, JJ.

[No. 28808-3-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD A. HENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00189-4, Jerome M. Johnson, J., entered July 7, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.